IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RONALD L. TISDALE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILLINOIS STATE POLICE, )<br>)<br>Defendant. ) | Case No. |

**Complaint**

The Plaintiff, Ronald L. Tisdale, in support of his complaint against the Illinois State Police (the "ISP"), states as follows:

1. This complaint is brought under Title VII of the Civil Rights Act of 1964 and alleges two separate claims. First, it alleges discrimination on the basis of race under 42 U.S.C. § 2000e.

2. This case states a claim for relief under a federal statute and thus this Court has jurisdiction to entertain the claim under 28 U.S.C. § 1331.

3. The ISP is a state agency and it is headquartered in Springfield, Illinois. Some of the act actions giving rise to this claim occurred in Sangamon County, Illinois.

4. The Plaintiff is a homosexual man who is employed as a sworn law enforcement officer for the ISP.

5. At all times relevant to this complaint Tisdale has been employed as a sworn law enforcement officer (Trooper) employed by the ISP and assigned to District 10 in Pesotum, Illinois.

6. The promotional process for a sworn officer employed by the ISP is established in state statute. Part of that statute provides for testing of candidates for promotional opportunities.

7. The testing procedures are managed by the Illinois State Police Merit Board. After testing has been completed the Merit Board computes the scores of the individuals who are looking to be promoted.

8. On December 3, 2020, the Merit Board announced that Tisdale, based upon his scores, was ranked as the number one candidate on the District 10 promotional list for the rank of Sergeant.

10. In 2021 two individuals were promoted to vacant Sergeant positions at District 10. Based upon his scores, Tisdale should have received one of those promotions. Tisdale desired the promotion and the ISP knew that he desired the promotion.

11. Tisdale was not promoted and was passed over in favor of two candidates who were not as well qualified for the position as he was.

12. Tisdale is a homosexual and the command responsible for making the promotional recommendations were aware of his sexual orientation.

13. If not for his sexual orientation Tisdale would have been promoted to one of those positions.

14. Tisdale has suffered damages as a result of the ISP's actions.

15. By terminating his employment because of his race the Defendant has discriminated against the Plaintiff because of race in violation of Title VII.

16. Within the time frame permissible Tisdale filed a charge of discrimination with the United States Equal Employment Opportunity Commission. This lawsuit is being filed within 90 days of the receipt of a right to sue notice issued by the EEOC.

Wherefore, Plaintiff is requesting that judgment be entered in his favor and against Defendant. Plaintiff is seeking the following relief:

1. An award of damages to compensate him for the financial losses and the emotional distress damages he has incurred.

2. An order directing that he be provided with equitable relief that would place him in the same position in terms of seniority and other benefits that he would have been in had he not been discriminated against and any other appropriate equitable remedy.

3. An award of costs.

4. An award of attorney fees.

5. Any other remedy that is appropriate under the circumstances.

**Plaintiff Demands a Jury Trial**

*Ronald Tisdale*

Dated:  MARCH 27, 2023

By: /s/ John A. Baker
    His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:  (217) 522-3445
Facsimile:  (217) 522-8234
Email:  jab@bbklegal.com